IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Grant Folkert | : |
|     Plaintiff | : |
| | : |
| vs. | : No.  20-CV-05482 |
| | : |
| Frito-Lay, Inc. | : |
|     Defendant | : |

## STIPULATION OF THE PARTIES TO REMAND

Plaintiff, Grant Folkert, and the defendant, Frito-Lay, Inc., by and through their respective counsel, hereby stipulate and agree to remand the instant matter to the Philadelphia County Court of Common Pleas, September Term, 2020, No. 1775, without prejudice and with all parties to bear their own costs, based upon Plaintiff's representation to this Court that his damages do not exceed $75,000.00.

HAGGERTY, GOLDBERG, SCHLEIFER
& KUPERSMITH, PC

/s Suzanne Tighe
Suzanne Tighe, Esquire
James C. Haggerty, Esquire
Attorneys for Plaintiff

DUGAN, BRINKMANN, MAGINNIS
AND PACE

Randy C. Greene, Esquire
Attorney for Defendants

APPROVED BY THE COURT:

*/s/ Gerald J. Pappert*     12/3/20
HON. Gerald J. Pappert